

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Christopher Lee Evans, Appellant

No. 06-14-00134-CR       v.

The State of Texas, Appellee

Appeal from the 115th District Court of Upshur County, Texas (Tr. Ct. No. 16,724). Memorandum Opinion delivered by Justice Moseley, Chief Justice Morriss and Justice Burgess participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We modify the judgment of the trial court, and as modified, affirm the judgment of the trial court.

We note that the appellant, Christopher Lee Evans, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED MARCH 17, 2015
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk